BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE COSTAR GROUP ANTITRUST LITIGATION | MDL No. ____ |

**PLAINTIFF MALM, INC.'S MOTION TO TRANSFER RELATED ACTIONS FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS**

Plaintiff Malm, Inc. ("Movant") in the matter *Malm, Inc. v. CoStar Group, Inc.*, No. 2:26-cv-04052-JFW-PVC (C.D. Cal.) respectfully moves this Panel for an order pursuant to 28 U.S.C. § 1407 transferring the actions identified in the attached Schedule of Related Actions, as well as any future tag-along actions, to the Central District of California for coordinated or consolidated pretrial proceedings, with assignment to the Honorable Consuelo B. Marshall. In support of its Motion, the Movant states as follows:

1. Three Related Actions pending in two districts against Defendants CoStar Group, Inc. and CoStar Realty Information, Inc. (together, "CoStar") challenge the same anticompetitive conduct: *de facto* exclusive contracts, watermarking and fingerprinting of broker content, and technological blocking.

2. The oldest Related Action involves antitrust counterclaims brought by CoStar competitor, CREXi, which has been pending before the Honorable Consuelo B. Marshall of the Central District of California for nearly six years.

3. In April 2026, two plaintiffs seeking to represent proposed classes of CoStar's customers filed cases in the Central District of California and the Eastern District of Virginia respectively.

4. Transfer and centralization of these three Related Actions and any related tag-along cases will further the goals of 28 U.S.C. § 1407 by conserving judicial and party resources, reducing costs, and preventing inconsistent pretrial rulings.

5. The Ninth Circuit has already sustained antitrust allegations against CoStar in the *CREXi* action. Without centralization, parallel litigation in the Fourth Circuit risks the prospect of conflicting rulings on identical issues, including monopoly power and exclusionary conduct.

6. The appropriate transferee venue is the Central District of California with assignment to Judge Marshall, who has presided over the *CREXi* action for nearly six years and is familiar with the relevant markets, CoStar's alleged anticompetitive conduct, and the legal framework governing the antitrust issues in all three cases.

7. The Central District of California is the only viable transferee forum because the CREXi counterclaims cannot practically be moved, making the Central District of California the only venue in which all three Related Actions could be consolidated. The Central District of California is convenient, accessible to all parties and witnesses, and well-versed in managing multidistrict and complex antitrust class action litigation.

8. This Motion is based on the accompanying Memorandum in Support of Motion to Transfer and Schedule of Related Actions that have been filed concurrently.

WHEREFORE, the Movant respectfully requests that the Panel order that the Related Actions, as well as any future tag-along actions, be transferred to the Central District of California for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407, with assignment to the Honorable Consuelo B. Marshall.

Dated: May 12, 2026

Respectfully submitted,

*/s/ Zachary D. Caplan*

**BERGER MONTAGUE PC**
Zachary D. Caplan
Andrew C. Curley
Julia McGrath
Jeremy Gradwohl
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
zcaplan@bergermontague.com
acurley@bergermontague.com
jmcgrath@bergermontague.com
jgradwohl@bergermontague.com

**SUSMAN GODFREY LLP**
Halley W. Josephs
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
hjosephs@susmangodfrey.com

William C. Carmody
Shawn J. Rabin
Henry J. Walter
One Manhattan West, 50th Fl.
New York, NY 10001
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
hwalter@susmangodfrey.com

**EDELSON PC**
Natasha J. Fernández-Silber
200 South 1st Street
Ann Arbor, MI 48104
nfernandezsilber@edelson.com

Sarah R. Lafreniere
Brandon Baum-Zepeda*
1255 Union Street NE, Suite 850
Washington, DC 20002
slafreniere@edelson.com
bbaum-zepeda@edelson.com

*Barred only in California. Practice limited to matters authorized by D.C. Rule 49(c)(3)

*Counsel for Plaintiff Malm, Inc.*