BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE COSTAR GROUP ANTITRUST LITIGATION | MDL No. ____ |

## SCHEDULE OF RELATED ACTIONS

| Case Caption | Parties | Case No. | Court | Judge |
|---|---|---|---|---|
| *CoStar Group, Inc., et al. v. Commercial Real Estate Exchange Inc.* | Plaintiffs and Counter-Defendants: CoStar Group, Inc. and CoStar Realty Information, Inc.<br><br>Defendant and Counter-Plaintiff: Commercial Real Estate Exchange, Inc. | 2:20-CV-08819 | C.D. Cal. | Hon. Consuelo B. Marshall |
| *Malm, Inc. v. CoStar Group, Inc., et al.* | Plaintiff: Malm, Inc.<br><br>Defendants: CoStar Group, Inc. and CoStar Realty Information, Inc. | 2:26-CV-04052 | C.D. Cal. | Hon. John F. Walter |
| *Shapiro Hospitalities LLC d/b/a Grand & Co. v. CoStar Group, Inc., et al.* | Plaintiff: Shapiro Hospitalities LLC d/b/a Grand & Co.<br><br>Defendants: CoStar Group, Inc. and CoStar Realty Information, Inc. | 1:26-CV-01027 | E.D. Va. | Hon. Patricia Tolliver Giles |

Dated: May 12, 2026

Respectfully submitted,

*/s/ Zachary D. Caplan*
**BERGER MONTAGUE PC**
Zachary D. Caplan
Andrew C. Curley
Julia McGrath
Jeremy Gradwohl
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
zcaplan@bergermontague.com
acurley@bergermontague.com
jmcgrath@bergermontague.com
jgradwohl@bergermontague.com

**SUSMAN GODFREY LLP**
Halley W. Josephs
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
hjosephs@susmangodfrey.com

William C. Carmody
Shawn J. Rabin
Henry J. Walter
One Manhattan West, 50th Fl.
New York, NY 10001
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
hwalter@susmangodfrey.com

**EDELSON PC**
Natasha J. Fernández-Silber
200 South 1st Street
Ann Arbor, MI 48104
nfernandezsilber@edelson.com

Sarah R. Lafreniere
Brandon Baum-Zepeda*
1255 Union Street NE, Suite 850
Washington, DC 20002
slafreniere@edelson.com
bbaum-zepeda@edelson.com

*Barred only in California. Practice limited to matters authorized by D.C. Rule 49(c)(3)

*Counsel for Plaintiff Malm, Inc.*