BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE COSTAR GROUP ANTITRUST LITIGATION | MDL No. ____ |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion for Transfer, Schedule of Related Actions, and Proof of Service were served by Email (or by Overnight Federal Express where noted) on May 12, 2026, to the following:

**I. Clerks of Court**

Via Overnight Federal Express:
Clerk of the Panel
U.S. Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

Via Overnight Federal Express:
Clerk of Court
U.S. District Court for the Central District of California
255 East Temple Street
Los Angeles, CA 90012-3332

Via Overnight Federal Express:
Clerk of Court
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314-5704

## II. <u>Counsel for Defendant/Counter-Plaintiff Commercial Real Estate Exchange, Inc.</u>

Michael Lifrak
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
michaellifrak@quinnemanuel.com

Alex Spiro
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Ave
New York, New York 10016
alexspiro@quinnemanuel.com

## III. <u>Counsel for Plaintiff Shapiro Hospitalities LLC d/b/a Grand & Co.</u>

Steven T. Webster
WEBSTER BOOK LLP
2300 Wilson Blvd., Suite 728
Arlington, VA 22201
swebster@websterbook.com

Gregory S. Asciolla
Steven L. Groopman
Geralyn J. Trujillo
Corey Lipton
Theodore J. Salem-Mackall
DICELLO LEVITT LLP
485 Lexington Avenue, Suite 1001
New York, New York 10017
gasciolla@dicellolevitt.com
sgroopman@dicellolevitt.com
gtrujillo@dicellolevitt.com
clipton@dicellolevitt.com
tsalemmackall@dicellolevitt.com

Joseph M. Vanek
Eamon P. Kelly
Michael G. Dickler
SPERLING KENNY NACHWALTER, LLC
321 N. Clark St., 25th Floor
Chicago, IL 60654
jvanek@sperlingkenny.com
ekelly@sperlingkenny.com
mdickler@sperlingkenny.com

**IV. Counsel for Plaintiffs/Counter Defendants CoStar Group, Inc. and CoStar Realty Information, Inc.**

David L. Johnson
Nicholas J. Boyle
Jeremy L. Brown
Sarah A. Tomkowiak
Anne C. Malinee
Katherine L. Griffitts
Lauren M. McGuire
Roberto Borgert
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
david.johnson@lw.com
nicholas.boyle@lw.com
jeremy.brown@lw.com
sarah.tomkowiak@lw.com
anne.malinee@lw.com
katherine.griffitts@lw.com
lauren.mcguire@lw.com
roberto.borgert@lw.com

Lawrence E. Buterman
Sarah Burack
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
lawrence.buterman@lw.com
sarah.burack@lw.com

Eleanor Allen
Elyse M. Greenwald
Jessica Stebbins Bina
LATHAM & WATKINS LLP
10250 Constellation Boulevard
Suite 1100
Los Angeles, CA 90067
eleanor.allen@lw.com
elyse.greenwald@lw.com
jessica.stebbinsbina@lw.com

Jennifer L. Barry
Adam Alexander Herrera
Carly Grimes
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
jennifer.barry@lw.com
adam.herrera@lw.com
carly.grimes@lw.com

Belinda S Lee
LATHAM & WATKINS LLP
505 Montgomery Street Suite 1000
San Francisco, CA 94111-6538
Belinda.Lee@lw.com

Karen D. Frankenthal
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
karen.frankenthal@lw.com

Caitlin E Dahl
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
caitlin.dahl@lw.com

## V. Third Party Defendant(s)

**Mobius365 Knowledge Services Inc.**

Jason W Estavillo
ESTAVILLO LAW GROUP
555 12th Street, Suite 1280
Oakland, CA 94607
jason@estavillolaw.com

Rana Hamadeh
LLOYD AND MOUSILLI, PLLC
11807 Westheimer Road, Suite 550 PMB 944
Houston, TX 77077
rana@lloydmousilli.com

## VI. Movants

**Twelve12**

Evangeline A Z Burbidge
LEWIS AND LLEWELLYN LLP
601 Montgomery Street Suite 2000
San Francisco, CA 94111
eburbidge@lewisllewellyn.com

## VII. Interested Parties

**Getty Images (US), Inc.**

Scott T Wilsdon
SCOTT WILSDON LAW
P O Box 5515
Carmel, CA 93921
wilsdon@wilsdonlaw.com

Adam S. Sieff
DAVIS WRIGHT TREMAINE LLP
350 S. Grand Avenue, Ste 27th Floor
Los Angeles, CA 90071
adamsieff@dwt.com

**RestB.AI LLC**

Genevieve Vose Wallace
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
Seattle, WA 98101
gwallace@susmangodfrey.com

Dated: May 12, 2026

Respectfully submitted,

*/s/ Zachary D. Caplan*

**BERGER MONTAGUE PC**
Zachary D. Caplan
Andrew C. Curley
Julia McGrath
Jeremy Gradwohl
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 875-3000
zcaplan@bergermontague.com
acurley@bergermontague.com
jmcgrath@bergermontague.com
jgradwohl@bergermontague.com

**SUSMAN GODFREY LLP**
Halley W. Josephs
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
hjosephs@susmangodfrey.com

William C. Carmody
Shawn J. Rabin
Henry J. Walter
One Manhattan West, 50th Fl.
New York, NY 10001
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com
hwalter@susmangodfrey.com

**EDELSON PC**
Natasha J. Fernández-Silber
200 South 1st Street
Ann Arbor, MI 48104
nfernandezsilber@edelson.com

Sarah R. Lafreniere
Brandon Baum-Zepeda*
1255 Union Street NE, Suite 850
Washington, DC 20002
slafreniere@edelson.com
bbaum-zepeda@edelson.com

*Barred only in California. Practice limited to matters authorized by D.C. Rule 49(c)(3)

*Counsel for Plaintiff Malm, Inc.*